NOT FOR PUBLICATION

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Erin Robert,<br><br>   Plaintiff,<br><br>v.<br><br>Desert Schools Financial Services LLC, *et al.*,<br><br>   Defendants. | No. CV-16-03311-PHX-JJT<br><br>**ORDER** |

Pursuant to this Court's Order of September 27, 2017 (Doc. 78),

IT IS ORDERED that the above-entitled matter is hereby dismissed with prejudice as to Defendant Desert School Federal Credit Union only, the parties to bear their own costs and attorneys' fees.

IT IS FURTHER ORDERED that Defendant Desert School Federal Credit Union being the last remaining Defendant in this matter, and claims against all other having been dismissed with prejudice, the Clerk of the Court shall close the matter.

Dated this 13th day of November, 2017.

Honorable John J. Tuchi
United States District Judge